BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Krista M. Enns, Cal. Bar No. 206430
Antonia Stabile, Cal. Bar No. 329559
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628-600-2250
Email: kenns@beneschlaw.com
       astabile@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Michael J. Barrie (Pro Hac Vice Forthcoming)
Kevin M. Capuzzi (Pro Hac Vice Forthcoming)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302-442-7010
Email:     mbarrie@beneschlaw.com
           kcapuzzi@beneschlaw.com

Attorneys for CPIF California, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AGTJ13, LLC,<br><br>Debtor. | Case No. 2:24-bk-11409-SK<br><br>Chapter 11 |
| In re:<br><br>AGTJ13, Manager LLC,<br><br>Debtor. | Case No. 2:24-bk-11412-SK<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF CPIF CALIFORNIA, LLC FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>Date: April 10, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 1575<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

**NOTICE OF MOTION OF CPIF CALIFORNIA, LLC FOR
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
Case Nos. 2:24-bk-11409-SK; 2:24-bk-11412-SK**

24090495 v2

# NOTICE OF HEARING ON MOTION

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES INTEREST:**

**NOTICE IS HEREBY GIVEN** that on April 10, 2024, at 9:00 a.m., in Courtroom 1575 of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, a hearing will be held on the motion (the "Motion") of CPIF California, LLC (the "Lender") for an order appointing a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(a).

The Motion is brought on the grounds that the Debtors' principal, Lafayette Jackson Sharp, has refused to work with the major stakeholders in this case, opting instead to divert monies for the benefit of insiders, incur purported insider debt in violation of the loan agreement with the Lender, refuse to provide the Lender with operating budgets so that funds can be released to maintain the Debtors' property, and is intimidating and threatening tenants. Given the ongoing waste occurring at the Debtors' property and the potential claims the estates hold against Mr. Sharp, management must be vested in a responsible and independent fiduciary to ensure that funds are handled appropriately, that the assets of the estate are properly maintained and/or prosecuted (including potential fraudulent transfer and preference claims against Mr. Sharp), and that the bankruptcy estate is otherwise administered without diminishing or impairing the Lender's rights and interests in its own property (i.e., the rents from the property, which the Lender submits are <u>not</u> property of the bankruptcy estate) and its collateral. Ample cause exists to appoint a Chapter 11 trustee, and doing so would also be in the best interest of creditors.

**NOTICE IS FURTHER GIVEN** that the Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Roberts Shields, and any other admissible evidence properly brought before the Court.

2

**NOTICE OF MOTION OF CPIF CALIFORNIA, LLC FOR
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
Case No. 2:24-bk-11409-SK; 2:24-bk-11412-SK**

24090495 v2

**NOTICE IS FURTHER GIVEN** that the Motion is being heard on regular notice pursuant to LBR 9013-1.  If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated:  March 11, 2024

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ Krista M. Enns
KRISTA M. ENNS, Cal Bar No. 206430
ANTONIA STABILE, Cal. Bar No. 329559
MICHAEL J. BARRIE (*pro hac vice* forthcoming)
KEVIN M. CAPUZZI (*pro hac vice* forthcoming)

Attorneys for CPIF California, LLC

3
NOTICE OF MOTION OF CPIF CALIFORNIA, LLC FOR
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
Case No. 2:24-bk-11409-SK; 2:24-bk-11412-SK

24090495 v2