BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Krista M. Enns, Cal. Bar No. 206430
Antonia Stabile, Cal. Bar No. 329559
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628-600-2250
Email: kenns@beneschlaw.com
          astabile@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Michael J. Barrie (Pro Hac Vice Forthcoming)
Kevin M. Capuzzi (Pro Hac Vice Forthcoming)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302-442-7010
Email: mbarrie@beneschlaw.com
          kcapuzzi@beneschlaw.com

Attorneys for CPIF California, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AGTJ13, LLC,<br><br>Debtor. | Case No. 2:24-bk-11409-SK<br><br>Chapter 11 |
| In re:<br><br>AGTJ13, Manager LLC,<br><br>Debtor. | Case No. 2:24-bk-11412-SK<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF CPIF CALIFORNIA, LLC FOR ADEQUATE PROTECTION**<br><br>Date:  April 10, 2024<br>Time: 9:00 a.m.<br>Place:  Courtroom 1575<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

**NOTICE OF MOTION OF CPIF CALIFORNIA, LLC FOR ADEQUATE PROTECTION**
**Case Nos. 2:24-bk-11409-SK; 2:24-bk-11412-SK**

# NOTICE OF HEARING ON MOTION

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES INTEREST:**

**NOTICE IS HEREBY GIVEN** that on April 10, 2024, at 9:00 a.m., in Courtroom 1575 of the United States Bankruptcy Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, a hearing will be held on the motion (the "Motion") of CPIF California, LLC (the "Lender") for an order granting Lender adequate protection and prohibiting the use of cash collateral pursuant to Section 363(e) of the Bankruptcy Code.

The Motion is brought because the Lender believes that the rents from the Subject Property belong to the Lender under the recorded ALR and Amended ALR given the Lender's enforcement of the assignment of rents on the basis of the Borrower's defaults and are not property of the bankruptcy estate. Without limiting or waiving that argument in any way, at minimum, the rents from the Subject Property constitute the Lender's cash collateral and the Lender has not consented to the use of its cash collateral, has not consented to the rents being deposited in an account other than the account subject to the DACA, and has not been offered or provided with any adequate protection of its interest in the rents. Accordingly, the rents from the Subject Property are not property of the Debtors' bankruptcy estate. Even assuming, *arguendo*, that the rents from the Subject Property are property of the Borrower's bankruptcy estate (which they are not), at minimum the rents would be considered the Lender's cash collateral entitled to adequate protection.

**NOTICE IS FURTHER GIVEN** that the Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Roberts Shields, and any other admissible evidence properly brought before the Court.

**NOTICE IS FURTHER GIVEN** that the Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written

response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: March 11, 2024

          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By:   /s/ *Krista M. Enns*
      KRISTA M. ENNS, Cal Bar No. 206430
      ANTONIA STABILE, Cal. Bar No. 329559
      MICHAEL J. BARRIE (*pro hac vice* forthcoming)
      KEVIN M. CAPUZZI (*pro hac vice* forthcoming)

Attorneys for CPIF California, LLC