**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **AGTJ13, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:24-bk-11409-SK** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 11, 2024**        X _____
                                            Signature of individual signing on behalf of debtor

**Lafayette Jackson Sharp, IV**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **AGTJ13, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:24-bk-11409-SK**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*...........................................................................................   $    **100,000,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................................   $    **660,619.37**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...........................................................................................   $    **100,660,619.37**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **59,613,593.33**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$    **243,024.51**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b      $    **59,856,617.84**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **AGTJ13, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:24-bk-11409-SK**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Republic Bank** -This Account is in the control of CPIF California, LLC and Debtor does not have the ability to access such funds at this time, but it is Debtor's position that such funds constitute property of the estate | Checking | 8836 | $298,772.69 |
| 3.2. | **Farmers & Merchants Bank (as of Petition Date)** Note: Funds deposited into Debtor in Possession Account at SMBC ManuBank aka Manufacturer's Bank on **March 8, 2024** | Checking | 9171 | $57,610.05 |
| 3.3. | **Farmers & Merchants Bank (as of Petition Date)** Note: Funds deposited into Debtor in Possession Account at SMBC ManuBank aka Manufacturer's Bank on **March 8, 2024** | Checking | 9155 | $4,836.34 |

4.      **Other cash equivalents** *(Identify all)*

Debtor    **AGTJ13, LLC**                                          Case number *(If known)*  **2:24-bk-11409-SK**
_____
Name

5.    **Total of Part 1.**                                                                    $361,219.08

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Tenant deposits and prepayments**
**Pacific City Bank: $11,858.29 (Prepayment/Overpayment)**
**Pacific City Bank: $25,200.00 (Security Deposit)**
**Emerald Enterprise: $5,000.00 (Security Deposit)**
**Kimberly Hae Sun Kim: $4,595.00 (Security Deposit)**
**Catherin Park: $12,787.00 (Security Deposit)**
**JeongJu Han: $13,600.00 (Security Deposit)**
7.1.  **Warren Wi Kim: $11,360 (Security Deposit)**                          $84,400.29

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    $84,400.29

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:       0.00       -       0.00       = ....       Unknown
                          _____       _____
                          face amount       doubtful or uncollectible accounts

11b. Over 90 days old:       0.00       -       0.00       = ....       Unknown
                          _____       _____
                          face amount       doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    $0.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

Debtor    **AGTJ13, LLC**
Name

Case number *(If known)*  **2:24-bk-11409-SK**

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Fixtures and equipment located at real property located at 450 South Western Avenue, Los Angeles, CA 90020** | **$0.00** | | **Unknown** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
| --- |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    **AGTJ13, LLC**
Name    Case number *(If known)*  **2:24-bk-11409-SK**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial real property comprised of a three-story shopping mall and improvements located at 450 South Western Avenue, Los Angeles CA** | 100% owned | Unknown | Debtor's Opinion | $100,000,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $100,000,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)
**Loan Agreement between Kreation Enterprise Inc. as borrower and AGTJ13, LLC as lender, in the original principal amount of $215,000.00**

215,000.00  -  0.00  =
Total face amount        doubtful or uncollectible amount

$215,000.00

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

| Debtor | **AGTJ13, LLC** | | Case number *(If known)* | **2:24-bk-11409-SK** |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

**Commercial General Liability Insurance**
**Insurer: Wesco Insurance Company**
**Policy Number: WPP2029787 00**                                                    **Unknown**

**Umbrella Liability Insurance**
**Insurer: Wesco Insurance Company**
**Policy Number: WUM1994330 02**                                                    **Unknown**

**Commercial Property Insurance**
**Insurer: Wesco Insurance Company**
**Policy Number: WPP2029787 00**                                                    **Unknown**

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | **Potential claims and causes of action against third parties, including, without limitation, for unpaid rents, breach of contract, breach of the covenant of good faith and fair dealing, and other causes of action** | **Unknown** |
| | Nature of claim | **Breach of contract, breach of the covenant of good faith and fair dealing** |
| | **Amount requested** | **$0.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **See Schedule G for list of executory contracts and unexpired leases** | **Unknown** |

| 78. | **Total of Part 11.** | **$215,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor      **AGTJ13, LLC**                                    Case number *(If known)*  **2:24-bk-11409-SK**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80.  **Cash, cash equivalents, and financial assets.**
*Copy line 5, Part 1*                                    **$361,219.08**

81.  **Deposits and prepayments.** *Copy line 9, Part 2.*        **$84,400.29**

82.  **Accounts receivable.** *Copy line 12, Part 3.*             **$0.00**

83.  **Investments.** *Copy line 17, Part 4.*                    **$0.00**

84.  **Inventory.**  *Copy line 23, Part 5.*                     **$0.00**

85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.*   **$0.00**

86.  **Office furniture, fixtures, and equipment; and collectibles.**
*Copy line 43, Part 7.*                                    **$0.00**

87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   **$0.00**

88.  **Real property.** *Copy line 56, Part 9.*...................................................................................>   **$100,000,000.00**

89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.*   **$0.00**

90.  **All other assets.** *Copy line 78, Part 11.*          +   **$215,000.00**

91.  **Total.** Add lines 80 through 90 for each column      **$660,619.37**   + 91b.   **$100,000,000.00**

92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92                         **$100,660,619.37**

**Fill in this information to identify the case:**

Debtor name **AGTJ13, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:24-bk-11409-SK**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**CPIF California, LLC**
Creditor's Name

**1910 Fairview Avenue East Suite 200 Seattle, WA 98102**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**January 10, 2022; December 30, 2022**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Los Angeles County Tax Collector**
**2. Lone Oak Fund, LLC**
**3. CPIF California, LLC**

Describe debtor's property that is subject to a lien
**Commercial real property comprised of a three-story shopping mall and improvements located at 450 South Western Avenue, Los Angeles CA**

Describe the lien
**Second Position Deed of Trust and Assignment of Rents and Leases**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$29,074,389.25**    Column B: **$100,000,000.00**

---

**2.2**

**Lone Oak Fund, LLC**
Creditor's Name

**11611 San Vicente Blvd. Suite 640 Los Angeles, CA 90049**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Commercial real property comprised of a three-story shopping mall and improvements located at 450 South Western Avenue, Los Angeles CA**

Describe the lien
**First Position Deed of Trust**

Column A: **$29,810,000.00**    Column B: **$100,000,000.00**

| Debtor | **AGTJ13, LLC** | Case number (if known) | **2:24-bk-11409-SK** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**January 10, 2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Los Angeles County Tax Collector** | | | $729,204.08 | $100,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 54110
Los Angeles, CA
90054-0110**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Commercial real property comprised of a three-story shopping mall and improvements located at 450 South Western Avenue, Los Angeles CA**

**Describe the lien**

**Real Property Taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$59,613,593.33** |
|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Antonia Stabile, Esq, Benesch, Friedlander, Coplan & Aronoff LLP 100 Pine Street, Suite 3100 San Francisco, CA 94111** | Line **2.1** | |
| **Kevin M. Capuzzi, Esq., Benesch, Friedlander, Coplan & Aronoff LLP 1313 North Market Street, Suite 120 Wilmington, DE 19801** | Line **2.1** | |

Debtor    **AGTJ13, LLC**
    Name

Case number (if known)    **2:24-bk-11409-SK**

| | |
|---|---|
| **M. Reas Bowman, Benesch, Friedlander, Coplan & Aronoff LLP 71 SOuth Wacker Drive, Suite 1600 Chicago, IL 60606** | Line __2.1__ |
| **Simon Aron, Esq., Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP 1140 W. Olympic Blvd., 9th Fl. Los Angeles, CA 90064** | Line __2.2__ |

**Fill in this information to identify the case:**

Debtor name **AGTJ13, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:24-bk-11409-SK**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> **Acosta Power Sweeping Services, Inc** <br> **2134 Berkshire Cir.** <br> **Corona, CA 92879** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$38,839.12** |
| **3.2** **Nonpriority creditor's name and mailing address** <br> **Amtrust North America** <br> **PO Box 6939** <br> **Cleveland, OH 44101** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number **8700,3002** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Insurance** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$43,722.00** |
| **3.3** **Nonpriority creditor's name and mailing address** <br> **Athens Service** <br> **P.O. Box 60009** <br> **City of Industry, CA 91716** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number **4494** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Waste Disposal Services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$53,559.60** |
| **3.4** **Nonpriority creditor's name and mailing address** <br> **City of Los Angeles** <br> **City Clerk's Office/Tax & Permit** <br> **111 N. Hope St., #258** <br> **Los Angeles, CA 90012** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **FOR NOTICING PURPOSES ONLY** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

26717

| Debtor | **AGTJ13, LLC** | Case number (if known) | **2:24-bk-11409-SK** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**F&G Global, LLC**
**112 White Plume**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICING PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
**P. O. Box 21126**
**Philadelphia, PA 19114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICING PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jake Sharp Capital**
**32932 Pacific Coast Highway 14 #441**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICING PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jake Sharp Group**
**32932 Pacific Coast Highway 14 #441**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICING PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,665.30** |
|---|---|---|---|

**JU MA Security**
**P.O. Box 743122**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Security Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kreation Enterprise, Inc.**
**Attn: Joshua Park**
**450 S. Western Avenue**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2023**

Basis for the claim:  **Tenant Improvement reimbursements**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AGTJ13, LLC** | | Case number (if known) | **2:24-bk-11409-SK** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,507.65 |
|---|---|---|---|
| | **L.A. Dept. of Water and Power**<br>**PO Box 30808**<br>**Los Angeles, CA 90030-0808**<br>**Los Angeles, CA 90030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Utility Services | |
| | Last 4 digits of account number **6416,7861,8345** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,735.36 |
|---|---|---|---|
| | **Mitsubishi Electric US Americas**<br>**5900-A Katella Ave.**<br>**Cypress, CA 90630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Services | |
| | Last 4 digits of account number **42ME,42MH** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,995.48 |
|---|---|---|---|
| | **Secured Properties Inc.**<br>**3435 Wilshire Blvd., Suite 2510**<br>**Los Angeles, CA 90010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Property Management Services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 243,024.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 243,024.51 |

**Fill in this information to identify the case:**

Debtor name    **AGTJ13, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:24-bk-11409-SK**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **THE DEBTOR IS EVALUATING ALL LEASE AGREEMENTS AND RESERVES THE RIGHT TO AMEND/SUPPLEMENT THIS SCHEDULE G. THE INCLUSION OF AN AGREEMENT HEREIN DOES NOT CONSTITUTE AN ADMISSION THAT ANY SUCH AGREEMENT CONSTITUTES AN EXECUTORY CONTRACT OR UNEXPIRED LEASE.** |
| State the term remaining | |
| List the contract number of any government contract | **\*RESERVATION OF RIGHTS** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and Cleaning Services Agreement** |
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | **Acosta Power Sweeping Services, Inc 2134 Berkshire Cir. Corona, CA 92879** |

Debtor 1     **AGTJ13, LLC**

First Name          Middle Name          Last Name          Case number (*if known*)  **2:24-bk-11409-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Limited Liability Company Agreement for AGTJ13, LLC**

State the term remaining — **N/A**

List the contract number of any government contract

**AGTJ13 Manager, LLC**
**32932 Pacific Coast Highway 14 #441**
**Dana Point, CA 92629**

---

**2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease (Debtor is Lessor)**

State the term remaining — **Month-to-Month**

List the contract number of any government contract

**Alice Kang dba King Donkatsu**
**450 S. Western Avenue**
**#305/FC4**
**Los Angeles, CA 90020**

---

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Waste Disposal Services**

State the term remaining — **N/A**

List the contract number of any government contract

**Athens Service**
**P.O. Box 60009**
**City of Industry, CA 91716**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease (Debtor is Lessor)**

State the term remaining — **Term expires December 4, 2025**

List the contract number of any government contract

**Catherine Park dba Bonjuk**
**450 S. Western Avenue**
**#305/FC3**
**Los Angeles, CA 90020**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease (Debtor is Lessor)**

State the term remaining — **Term expires August 15, 2024**

List the contract number of any government contract

**CNP Gaju #1 and Dong Hun Yoo dba Hyunghoon Tendon**
**450 S. Western Ave., # 305/FC1**
**Los Angeles, CA 90020**

---

Debtor 1    **AGTJ13, LLC**
   First Name       Middle Name       Last Name         Case number *(if known)*    **2:24-bk-11409-SK**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** |
| State the term remaining | **Term expires August 14, 2024** |
| List the contract number of any government contract | |

**CNP Gaju #2 and Dong Hun Yoo dba Seoul Pho**
**450 S. Western Ave., # 305/FC2**
**Los Angeles, CA 90020**

| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** |
|---|---|
| State the term remaining | **Term expires January 15, 2026** |
| List the contract number of any government contract | |

**Eden Beauty LLC**
**450 S. Western Avenue #208**
**Los Angeles, CA 90020**

| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** |
|---|---|
| State the term remaining | **Term expires September 15, 2027** |
| List the contract number of any government contract | |

**ELSIS LLC**
**450 S. Western Avenue #215A**
**Los Angeles, CA 90020**

| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** |
|---|---|
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | |

**Emerald Enterprise dba Dennis Optical**
**450 S. Western Ave., #207**
**Los Angeles, CA 90020**

| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement, as amended by that certain Amendment To Lease Between Gaju Market Corporation And 450 S. Western LLC** |
|---|---|
| State the term remaining | **Term expires December 4, 2035, subject to option to extend** |
| List the contract number of any government contract | |

**Gaju Market Corporation**
**450 S. Western Avenue #101**
**Los Angeles, CA 90020**

Debtor 1  **AGTJ13, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **2:24-bk-11409-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term Expires December 4, 2025** | **Gaju Market Corporation 450 S. Western Avenue #201 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term Expires December 4, 2025** | **Gaju Market Corporation 450 S. Western Avenue #204 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires June 19, 2024** | **Jahyun Judy Hong dba Jungabok 450 S. Western Avenue #305/FC5 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Jay Hyung dba Donginbi 450 S. Western Avenue #216 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires May 1, 2024** | **JeongJu Han dba Sinjeon 450 S. Western Avenue #314 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| Debtor 1 | **AGTJ13, LLC** | | | Case number (*if known*) | **2:24-bk-11409-SK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor) Unit/Kiosk #212-A** | |
|---|---|---|---|
| | State the term remaining | **May 25, 2024** | **Jiyoung Park dba Clement 445 S. Hobart Blvd. Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Security Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **JU MA Security P.O. Box 743122 Los Angeles, CA 90004** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease of Kiosk /Messanine Cubicle Space A** | |
|---|---|---|---|
| | State the term remaining | **Term expires July 30, 2030** | **Kimberly Hae Sun Kim 3650 Burritt Way La Crescenta, CA 91214** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires September 30, 2030** | **Kreation Enterprise, Inc. dba SR Hair Society 450 S. Western Ave., # 217, 218 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires August 31, 2030** | **Kreation Enterprise, Inc. dba Etude 450 S. Western Ave., # 219, 221 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

Debtor 1  **AGTJ13, LLC**
First Name            Middle Name            Last Name

Case number (*if known*)  **2:24-bk-11409-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires September 30, 2030** | **Kreation Enterprise, Inc. dba Etude Boutique 450 S. Western Ave., # 203, 222 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Right To Represent Owner For Sale Of Real Property (Sale Listing Agreement)** | |
|---|---|---|---|
| | State the term remaining | **Expires May 30, 2024** | **Marcus & Millichap Real Estate Investment Services, Inc. 16830 Ventura Blvd., Suite 100 Encino, CA 91436** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator/Escalator Repair/Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Mitsubishi Electric US Americas 5900-A Katella Ave. Cypress, CA 90630** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires June 30, 2027** | **Myeong Ho Hwang dba Guardian Computer 450 S. Western Ave., #215-B Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires July 1, 2025** | **Myeong Ho Hwang dba ELSIS, LLC 450 S. Western Avenue #214 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

Debtor 1    **AGTJ13, LLC**
First Name          Middle Name          Last Name                         Case number *(if known)*   **2:24-bk-11409-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires June 1, 2026** | **Pacific City Bank 450 S. Western Avenue #213 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **PPS-Capital Inc. and Dong Hun Yoo dba Myungrang Hot Dog 450 S. Western Ave., #313 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires August 15, 2024** | **Se Woon Park dba E Young Collection 450 S. Western Avenue #209 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement & Exclusive Authorization to Lease, as modified by Addendum 1 (providing for removal of exclusive authorization to lease as of May 1, 2023)** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Secured Properties Management Group Inc./Secured Properties, Inc. 3435 Wilshire Blvd., Suite 2510 Los Angeles, CA 90010** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Site Lease Agreement - rooftop (Debtor is Lessor)** | |
|---|---|---|---|
| | State the term remaining | **Term expires June 7, 2024** | **T-Mobile West, LLC 12920 SE 38th Street Bellevue, WA 98006** |
| | List the contract number of any government contract | | |

Debtor 1  **AGTJ13, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **2:24-bk-11409-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
| | State the term remaining | **Term expires August 30, 2025** | **Tae Ub Yoon dba Yoon's Wacth Co.** **450 S. Western Avenue** **#215C** **Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
| | State the term remaining | **Month-to-Month** | **Walter Kim dba BMB Medical Group** **450 S. Western Avenue** **#205, 206** **Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease (Debtor is Lessor)** | |
| | State the term remaining | **Term expires December 4, 2025** | **Warren Wi Kim dba Ye Teahouse** **450 S. Western Avenue** **#315, 316** **Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **AGTJ13, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:24-bk-11409-SK**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **AGTJ13 Manager, LLC** | **32932 Pacific Coast Highway 14 #441 Dana Point, CA 92629** | **CPIF California, LLC** | ☑ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Lafayette Jackson Sharp, IV** | **32932 Pacific Coast Highway 14 #441 Dana Point, CA 92629** | **CPIF California, LLC** | ☑ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **AGTJ13, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:24-bk-11409-SK**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,125,998.61** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,433,666.75** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,213,285.41** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor **AGTJ13, LLC**                                    Case number *(if known)* **2:24-bk-11409-SK**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Lone Oak Fund, LLC** **11611 San Vicente Blvd.** **Suite 640** **Los Angeles, CA 90049** | 12/15/2023, 01/17/2024 | $442,281.66 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Secured Properties Inc.** **3435 Wilshire Blvd., Suite 2510** **Los Angeles, CA 90010** | 11/28/2023, 01/25/2024 | $44,048.96 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Amtrust North America** **PO Box 6939** **Cleveland, OH 44101** | 12/08/2023 | $12,542.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. **L.A. Dept. of Water and Power** **PO Box 30808** **Los Angeles, CA 90030-0808** **Los Angeles, CA 90030** | 12/15/2023, 01/08/2024, 01/23/2024, 01/25/2024 | $69,365.36 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.5. **Safarian & Choi LLP** **555 Flower Street** **Suite 650** **Los Angeles, CA 90071** | 02/22/2024 | $5,063.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. **Acosta Power Sweeping Services, Inc** **2134 Berkshire Cir.** **Corona, CA 92879** | 11/29/2023, 12/12/2023, 12/13/2023, 1/16/2024, 1/29/2024, 02/02/2024, 02/23/2023 | $67,517.74 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. **JU MA Security** **P.O. Box 743122** **Los Angeles, CA 90004** | 12/26/2023 | $43,848.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **AGTJ13, LLC**                                      Case number *(if known)*  **2:24-bk-11409-SK**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **CPIF California, LLC**<br>**1910 Fairview Avenue East**<br>**Suite 200**<br>**Seattle, WA 98102**<br>**Debt potentially guaranteed by insider** | **To be determined. Approximately $244,146.00 applied by CPIF California, LLC to debt on or around January 4, 2024. Additional information needed from CPIF California, LLC to determine dates and amounts of payments.** | **Unknown** | **Interest and Principal paydown by CPIF California, LLC of debt owed to CPIF California, LLC, from cash reserves** |
| 4.2.  **Jake Sharp Capital**<br>**32932 Pacific Coast Highway 14 #441**<br>**Dana Point, CA 92629**<br>**Affiliate** | **February 26, 2023 - February 26, 2024** | **$3,429,556.00** | **Loan repayments.  Amount approximated and subject to further review.** |
| 4.3.  **Kreation Enterprise, Inc.**<br>**Attn: Joshua Park**<br>**450 S. Western Avenue**<br>**Los Angeles, CA 90020**<br>**Affiliate of Member of AGTJ13 Manager, LLC** | **12/19/2023** | **$32,500.00** | |
| 4.4.  **F&G Global, LLC**<br>**112 White Plume**<br>**Irvine, CA 92618**<br>**Member of AGTJ13 Manager, LLC** | **February 26, 2023 - February 26, 2024** | **$158,817.00** | **Amount approximate and subject to further review.** |
| 4.5.  **Jake Sharp Group**<br>**32932 Pacific Coast Highway 14 #441**<br>**Dana Point, CA 92629**<br>**Affiliate** | **February 26, 2023 - February 26, 2024** | **$1,749,000.00** | **Loan repayments.  Amount approximated and subject to further review.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | **AGTJ13, LLC** | Case number *(if known)* | **2:24-bk-11409-SK** |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CPIF California, LLC v. AGTJ13, LLC 24STCV00589** | **Complaint filed by CPIF California, LLC for specific performance to enforce terms and provisions of an assignment of leases and rents, appointment of receiver, and injunctive relief.** | **Superior Ct. of the State of Callifornia County of Los Angeles Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

Debtor    **AGTJ13, LLC**                                                          Case number *(if known)*   **2:24-bk-11409-SK**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. |  | **Note:  LNBYG served as counsel to the Debtor in connection with a state court proceeding filed by CPIF California, LLC in the Los Angeles Supeoorior Court, bearing Case No. 24STCV000589.  In connection with the state court representation, LNBYG received a total of $80,000 from the Debtor.** |  |  |
|  | **Levene, Neale, Bender, Yoo & Golubchik L.L.P. 2818 La Cienega Avenue Los Angeles, CA 90034** | **Additional Note: AGTJ13, LLC transferred to LNBYG on February 23, 2024, the sum of $36,748 on behalf of AGT13 Manager, LLC as a pre-bankruptcy retainer for AGTJ13 Manager, LLC.** | **February 26, 2024** | **$251,748.00** |
|  | **Email or website address www.lnbyg.com** |  |  |  |
|  | **Who made the payment, if not debtor? Jake Sharp Group on behalf of the Debtor** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Kreation Enterprise, Inc. Attn: Joshua Park 450 S. Western Avenue Los Angeles, CA 90020** | **Loan Proceeds pursuant to Loan Agreement dated June 15, 2023 $50,000 on August 7, 2023 $83,500 on August 14, 2023 $81,500 on August 17, 2023** | **08/07/2023, 08/14/2023, and 08/17/2023** | **$215,000.00** |
|  | **Relationship to debtor Affiliate of Member of AGTJ13 Manager, LLC and Tenant** |  |  |  |

Debtor    **AGTJ13, LLC**    Case number *(if known)*    **2:24-bk-11409-SK**

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.2<br>· | **CPIF California, LLC**<br>**1910 Fairview Avenue East**<br>**Suite 200**<br>**Seattle, WA 98102**<br><br>Relationship to debtor<br>**Lender** | **Amended and Restated Promissory Note**<br>**and First Omnibus Modification and**<br>**Reaffirmation Agreement, increasing loan**<br>**amount from $25,103,000 to $29,190,000** | **December 30,**<br>**2022** | **Unknown** |
| 13.3<br>· | **CPIF California, LLC**<br>**1910 Fairview Avenue East**<br>**Suite 200**<br>**Seattle, WA 98102**<br><br>Relationship to debtor<br>**Lender** | **Second Omnibus Modification and**<br>**Reaffirmation Agreement**<br>**Alleged reallocation of reserve funds to**<br>**interest reserve, and disbursement of**<br>**$364,875 to CPIF California, LLC for**<br>**alleged origination fee.** | **July 10, 2023** | **$364,875.00** |
| 13.4<br>· | **CPIF California, LLC**<br>**1910 Fairview Avenue East**<br>**Suite 200**<br>**Seattle, WA 98102**<br><br>Relationship to debtor<br>**Lender** | **First Amendment to Deed of Trust** | **December 30,**<br>**2022** | **Unknown** |
| 13.5<br>· | **CPIF California, LLC**<br>**1910 Fairview Avenue East**<br>**Suite 200**<br>**Seattle, WA 98102**<br><br>Relationship to debtor<br>**Lender** | **First Amendment to Assignment of**<br>**Leases and Rents** | **December 30,**<br>**2022** | **Unknown** |
| 13.6<br>· | **Lone Oak Fund, LLC**<br>**11611 San Vicente Blvd.**<br>**Suite 640**<br>**Los Angeles, CA 90049**<br><br>Relationship to debtor<br>**Lender** | **Extension fee** | **December 30,**<br>**2022** | **$149,050.00** |
| 13.7<br>· | **Jake Sharp Capital**<br>**32932 Pacific Coast Highway**<br>**14 #441**<br>**Dana Point, CA 92629**<br><br>Relationship to debtor<br>**Affiliate** | **Money payments in repayment of loans.**<br>**Amount approximate and subject to**<br>**further review.  See response to Question**<br>**4 for additional information and**<br>**disclosures.** | **February 26,**<br>**2022 -**<br>**February 26,**<br>**2023** | **$1,807,000.00** |

Debtor    **AGTJ13, LLC**                                                      Case number *(if known)*  **2:24-bk-11409-SK**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8<br>. | **F&G Global, LLC**<br>**112 White Plume**<br>**Irvine, CA 92618** | **Money payments totaling approximately<br>$13,234.75 per month, for an approximate<br>total of $158,817.** | **February 26,<br>2022 -<br>February 26,<br>2023** | **$158,817.00** |
| | Relationship to debtor<br>**Member of AGTJ13 Manager,<br>LLC** | | | |
| 13.9<br>. | **Jake Sharp Group**<br>**32932 Pacific Coast Highway<br>14 #441**<br>**Dana Point, CA 92629** | **Money payments in repayment of loans.<br>Amount approximate and subject to<br>further review.  See response to Question<br>4 for additional information and<br>disclosures.** | **February 26,<br>2022 -<br>February 26,<br>2023** | **$347,848.00** |
| | Relationship to debtor<br>**Affiliate** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or<br>profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    **AGTJ13, LLC**                                                    Case number *(if known)*    **2:24-bk-11409-SK**

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    **AGTJ13, LLC**                                                                Case number *(if known)*    **2:24-bk-11409-SK**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Secured Properties Inc.**<br>**3435 Wilshire Blvd., Suite 2510**<br>**Los Angeles, CA 90010** | |
| 26c.2.    **Lafayette Jackson Sharp, IV**<br>**32932 Pacific Coast Highway 14 #441**<br>**Dana Point, CA 92629** | |
| 26c.3.    **Joshua Park**<br>**450 S. Western Avenue**<br>**Los Angeles, CA 90020** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **CPIF California, LLC**<br>**1910 Fairview Avenue East**<br>**Suite 200**<br>**Seattle, WA 98101** |

| Debtor | **AGTJ13, LLC** | Case number *(if known)* | **2:24-bk-11409-SK** |

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **AGTJ13 Manager, LLC** | **32932 Pacific Coast Highway 14 #441 Dana Point, CA 92629** | **Membership Interest** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Lafayette Jackson Sharp, IV** | **32932 Pacific Coast Highway 14 #441 Dana Point, CA 92629** | **Manager** | **N/A** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **See Responses to Questions 4 and 13** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Debtor | AGTJ13, LLC | Case number *(if known)* | 2:24-bk-11409-SK |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2024**

_____
Signature of individual signing on behalf of the debtor

**Lafayette Jackson Sharp, IV**
Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **AGTJ13, LLC**                                                Case No.   **2:24-bk-11409-SK**
                                                    Debtor(s)                      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 251,748.00* |
| Prior to the filing of this statement I have received | $ | 251,748.00** |
| Balance Due | $ | 0.00 |

2. $ __1,748.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ☐ Debtor      ☑ Other (specify): **Jake Sharp Group, on behalf of the Debtor**

4. The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

<br>

\*This amount is just the pre-bankruptcy retainer received by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"). LNBYB reserves the right to request payment from the bankruptcy estate of any and all fees and expenses incurred by LNYBG in excess of the retainer.
\*\*This response pertains to payments related to the Debtor's chapter 11 bankruptcy filing. LNBYG served as counsel to the Debtor in connection with a state court proceeding filed by CPIF California, LLC in the Los Angeles Supoerior Court, bearing Case No. 24STCV000589. In connection with the state court representation, LNBYG received a total of $80,000 from the Debtor.

In re    **AGTJ13, LLC**                                                    Case No.    **2:24-bk-11409-SK**
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Matters which are outside of LNBYB's specialization**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**March 11, 2024**
_____                    **Ron Bender 143364**
_Date_                                              _Signature of Attorney_
                                                    **Levene, Neale, Bender, Yoo & Golubchik L.L.P**
                                                    **2818 La Cienega Avenue**
                                                    **Los Angeles, CA 90034**
                                                    **(310) 229-1234  Fax: (310) 229-1244**
                                                    **rb@lnbyg.com**
                                                    _Name of law firm_