| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Craig A. Welin  (SBN: 138418)<br>Gerrick M. Warrington (SBN: 294890)<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017<br>Tel: (323) 852-1000<br>Email: cwelin@frandzel.com<br>Email: gwarrington@frandzel.com<br><br>☒ *Attorney for*:  CPIF California, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAR 28 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY  may         DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Los Angeles* DIVISION**

| In re:<br>AGTJ13, LLC a Delaware limited liability company<br><br>Debtor(s).<br>------------------------------------------------------------------<br>In re:<br>AGTJ13 Manager, LLC, a California limited liability company<br><br>Debtor(s)<br>------------------------------------------------------------------<br>☒ Affects All Debtors<br>☐ Affects AGTJ13, LLC<br>☐ Affects AGTJ13 Manager<br><br>Defendant(s) | LEAD CASE NO.: 2:24-bk-11409-SK<br>CHAPTER: 11<br>JOINTLY ADMINISTERED WITH:<br>CASE NO. 2:24-bk-11412-SK<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The Court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b) [Docket #56], and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Kevin M. Capuzzi

//

//

//

//

5182050v1 | 000888-0001  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                           F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: March 28, 2024

Sandra R. Klein
United States Bankruptcy Judge

5182050v1 | 000888-0001  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                       **F 2090-1.2.ORDER.NONRES.ATTY**