Attorney or Professional Name, Address, Telephone and FAX
RON BENDER (SBN 143364)
BETH ANN R. YOUNG (143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; BRY@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

AGTJ13, LLC, a Delaware limited liability company,

        Debtor and Debtor in Possession.
_____

In re:

AGTJ13 MANAGER, LLC, a California limited liability company,

        Debtor and Debtor in Possession.
_____

☐ Affects all Debtors

☐ Affects AGTJ13, LLC

☒ Affects AGTJ13 Manager, LLC

Chapter 11 Case Number
Lead Case No.: 2:24-bk-11409-SK

Jointly administered with: 2:24-bk-11412-SK

Chapter 11 Cases

**Professional Fee Statement**

Number: 2
Month of: May 1, 2024 – August 31, 2024

| | |
|---|---|
| 1. Name of Professional: | Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") |
| 2. Date of entry of order approving employment of the professional: | April 16, 2024 [Docket No. 98] |
| 3. Total amount of pre-petition retainers received by the professional: | $36,748.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | $5,016.00 |
| 5. Balance of funds remaining on date of filing of petition: | $31,732.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | $7,711.00 |
| 7. Less: Total amount of services and expenses this reporting period: | $2,078.70 (See Exhibit 1) |

| | |
|---|---|
| 8. Less: Funds transferred as additional retainer for LNBYG in AGTJ13, LLC bankruptcy case pursuant to "Binding Term Sheet" between Debtors and CPIF California, LLC approved by the Bankruptcy Court: | $20,000.00 |
| 9. Balance of funds remaining for next reporting period: | $1,942.30 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 10. Total number of pages attached hereto: 13 (including exhibit cover page) | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: September 12, 2024

Levene, Neale, Bender, Yoo & Golubchik L.L.P.

/s/ Krikor J. Meshefejian

_____
Ron Bender
Beth Ann R. Young
Krikor J. Meshefejian
Attorneys for Chapter 11 Debtors and Debtors in Possession

Type Name of Professional                                                                 Signature of Professional

# EXHIBIT "1"

# FEE APPLICATION

**AGTJ13 Manager, LLC**  
**Lafayette Jackson Sharp, IV,**  
**32932 Pacific Coast Highway, Suite 14 #441**  
**Dana Point, CA 92629**

9/12/2024

**AGTJ13 Manager, LLC**  
**OUR FILE #: 10369**

RB

| | | | |
|---|---|---|---|
| PROFESSIONAL SERVICE RENDERED | 5/1/2024 | THROUGH | 8/31/2024 |
| TOTAL PROFESSIONAL HOURS | 3.6 | FEES | $2,043.00 |

COSTS

| | | |
|---|---|---|
| CONFERENCE CALL CHARGES | 35.70 | |
| | TOTAL COSTS | $35.70 |
| CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS | | $2,078.70 |

## DETAILED ACTIVITIES

**AGTJ13 Manager, LLC**  9/12/2024  Page # 1
**CASE #   10369**  From Date   5/1/2024
To Date   8/31/2024

### 04 - CASE ADMINISTRATION

5/3/2024  PREPARATION OF PROFESSIONAL FEE STATEMENT NO. 1, EFILE; PPO EXHIBIT

| 2709451 | LC | 300.00 | $150.00 | 0.5 |

5/31/2024  PREPARATION OF MONTHLY OPERATING REPORT FOR APRIL 2024

| 2718645 | KJM | 695.00 | $208.50 | 0.3 |

6/3/2024  PREPARATION OF APRIL 2024 MOR

| 2716438 | KJM | 695.00 | $208.50 | 0.3 |

6/11/2024  PREPARATION OF STATUS CONFERENCE

| 2720087 | KJM | 695.00 | $139.00 | 0.2 |

6/12/2024  PREPARATION FOR AND APPEARANCE AT STATUS CONFERENCE

| 2720727 | KJM | 695.00 | $278.00 | 0.4 |

07/10/2024  PREPARATION OF MAY MOR, REDACT CONFIDENTIAL INFORMATION ON BANK STATEMENT, REVISE AND EFILE

| 2729236 | LC | 300.00 | $90.00 | 0.3 |

**Total    $1,074.00    2.0**

### 05 - CLAIMS ADMIN. AND OBJECTIONS

6/17/2024  ANALYSIS OF FTB PROOF OF CLAIM

| 2722292 | KJM | 695.00 | $69.50 | 0.1 |

6/21/2024  EMAIL EXCHANGES RE CLAIMS BAR DATE NOTICE

| 2723248 | KJM | 695.00 | $69.50 | 0.1 |

6/21/2024  PREPARATION OF NOTICE OF CLAIMS BAR DATE, EFILE, SERVE; PPO SERVICE LIST

| 2723958 | LC | 300.00 | $120.00 | 0.4 |

7/30/2024  ANALYSIS OF KALO AVRIO PROOF OF CLAIM

| 2733651 | KJM | 695.00 | $69.50 | 0.1 |

## DETAILED ACTIVITIES

**AGTJ13 Manager, LLC**  9/12/2024  Page #  2

**CASE #   10369**  From Date  5/1/2024
To Date  8/31/2024

|  | Total | $328.50 | 0.7 |

### 07 - FEE / EMPLOYMENT APPLICATIONS

5/3/2024   WORK ON FEE NOTICE NO. 1 AND ADVISE THEREON

| 2707977 | BRY | 725.00 | $290.00 | 0.4 |
|---|---|---|---|---|
|  | Total | | $290.00 | 0.4 |

### 12 - PLAN AND DISCLOSURE STATEMENT

5/23/2024   ANALYSIS OF ISSUES RELATED TO PLAN TREATMENT OF EQUITY INTERESTS AND ANALYSIS OF AGTJ13 MANAGER SCHEDULES AND RELATED FILINGS

| 2718177 | KJM | 695.00 | $278.00 | 0.4 |
|---|---|---|---|---|
|  | Total | | $278.00 | 0.4 |

### 20 - OTHER LITIGATION

5/2/2024   REVIEW NOTICE OF PROFESSIONAL FEE STATEMENT

| 2707536 | BRY | 725.00 | $72.50 | 0.1 |
|---|---|---|---|---|
|  | Total | | $72.50 | 0.1 |

# INDIVIDUAL ACTIVITIES

9/12/2024        Page        1

**AGTJ13 Manager, LLC**
**CASE #   10369**

**SERVICE RENDERED FROM   5/1/2024   THROUGH   8/31/2024**

### 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| KJM | 1.2 | 695.00 | $834.00 |
| LC | 0.8 | 300.00 | $240.00 |
| **Total Hours** | **2.0** | **Total Fees** | **$1,074.00** |

# INDIVIDUAL ACTIVITIES

9/12/2024  Page  2

**AGTJ13 Manager, LLC**
**CASE #   10369**

**SERVICE RENDERED FROM   5/1/2024   THROUGH   8/31/2024**

## 05 - CLAIMS ADMIN. AND OBJECTIONS

| | | | |
|---|---|---|---|
| KJM | 0.3 | 695.00 | $208.50 |
| LC | 0.4 | 300.00 | $120.00 |
| **Total Hours** | **0.7** | **Total Fees** | **$328.50** |

# INDIVIDUAL ACTIVITIES

9/12/2024    Page    3

**AGTJ13 Manager, LLC**
**CASE #    10369**

**SERVICE RENDERED FROM   5/1/2024       THROUGH   8/31/2024**

## 07 - FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| BRY | 0.4 | 725.00 | $290.00 |
| **Total Hours** | **0.4** | **Total Fees** | **$290.00** |

# INDIVIDUAL ACTIVITIES

9/12/2024    Page    4

**AGTJ13 Manager, LLC**
**CASE #    10369**

**SERVICE RENDERED FROM    5/1/2024    THROUGH    8/31/2024**

**12 - PLAN AND DISCLOSURE STATEMENT**

| | | | |
|---|---|---|---|
| KJM | 0.4 | 695.00 | $278.00 |
| **Total Hours** | **0.4** | **Total Fees** | **$278.00** |

# INDIVIDUAL ACTIVITIES

9/12/2024        Page        5

**AGTJ13 Manager, LLC**
**CASE #    10369**

**SERVICE RENDERED FROM   5/1/2024        THROUGH   8/31/2024**

**20 - OTHER LITIGATION**

| | | | |
|---|---|---|---|
| BRY | 0.1 | 725.00 | $72.50 |
| **Total Hours** | **0.1** | **Total Fees** | **$72.50** |

# PROFESSIONAL ACTIVITY SUMMARY

**AGTJ13 Manager, LLC**  9/12/2024

**CASE #  10369**

From Date  5/1/2024
To Date    8/31/2024

| | | | | |
|---|---|---|---|---|
| **BRY** | 0.5 | Hours @ | 725.00 | $362.50 |
| **KJM** | 1.9 | Hours @ | 695.00 | $1,320.50 |
| **LC**  | 1.2 | Hours @ | 300.00 | $360.00 |
| **Total Hours** | 3.6 | | **Total Fees** | $2,043.00 |

# ACTIVITY SUMMARY

**AGTJ13 Manager, LLC**　　　　　　　　　　　　　　　　　　　　　9/12/2024

**CASE #  10369**

　　　　　　　　　　　　　　　　　From Date  5/1/2024
　　　　　　　　　　　　　　　　　　To Date   8/31/2024

| DESCRIPTION | FEES |
|---|---:|
| CASE ADMINISTRATION | $1,074.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $328.50 |
| FEE / EMPLOYMENT | $290.00 |
| PLAN AND DISCLOSURE | $278.00 |
| OTHER LITIGATION | $72.50 |
| **TOTAL FEES** | **$2,043.00** |

# COSTS BREAKDOWN

9/12/2024

**AGTJ13 Manager, LLC**  **From Date** 5/1/2024
**CASE #** 10369  **To Date** 8/31/2024

| Date | Description | Amount |
|---|---|---|
| 6/30/2024 | CONFERENCE CALL CHARGES | 35.70 |

## COSTS SUMMARY         9/12/2024

**AGTJ13 Manager, LLC**                    **From Date** 5/1/2024
**FILEE #  10369**                         **To Date**   8/31/2024

|  |  |
|---|---:|
| CONFERENCE CALL CHARGES | 35.70 |
| **TOTAL COSTS** | **$35.70** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **PROFESSIONAL FEE STATEMENT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 12, 2024** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Ron Bender**    rb@lnbyg.com
- **Kevin M Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Ryan J DeRose**    ryan@parkandlim.com, cathy@parkandlim.com
- **Krista M Enns**    KEnns@beneschlaw.com, docket2@beneschlaw.com;SWolfish@beneschlaw.com;BGallese@beneschlaw.com;ESmith@beneschlaw.com
- **Alan Craig Hochheiser**    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Elsa M Horowitz**    ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Christian T Kim**    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**: On **September 12, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 12, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service **BY EMAIL** information continued on attached page*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 12, 2024 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |