**FILED**

OCT 3 2024

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>AGTJ13, LLC,<br>          Debtor. | BAP No. CC-24-1120<br><br>Bk. No. 2:24-bk-11409-SK |
| AGTJ13, LLC; AGTJ13 MANAGER, LLC,<br><br>          Appellants,<br><br>v.<br><br>CPIF CALIFORNIA, LLC; LONE OAK FUND, LLC,<br><br>          Appellee. | **ORDER DISMISSING APPEAL** |

Before: SPRAKER, CORBIT, and GAN, Bankruptcy Judges.

On September 17, 2024, appellants filed a motion and stipulation for dismissal of appeal with prejudice signed by appellee CPIF California, LLC.

Appellants' motion is ORDERED GRANTED. Fed. R. Bankr. P. 8023.

The appeal is ORDERED DISMISSED.

Each party must bear its own fees and costs on appeal.

BAP NO.    CC-24-1120

DEBTOR:    AGTJ13, LLC

RE:    ORDER OF DISMISSAL

# CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Cecil Lizandro Silva, Deputy Clerk
**Date:** October 3, 2024