RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; BRY@LNBYG.COM; KJM@LNBYG.COM

Counsel for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>AGTJ13, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>AGTJ Manager, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br>_____<br><br>☐ Affects both Debtors<br><br>☒ Affects AGTJ13, LLC only<br><br>☐ Affects AGTJ13 Manager, LLC only | Lead Case No.: 2:24-bk-11409-SK<br><br>Jointly administered with:<br>2:24-bk-11412-SK<br><br>Chapter 11 Cases<br><br>**STATUS REPORT REGARDING SALE MOTION**<br><br>Date:  February 26, 2025<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

AGTJ13, LLC (the "Debtor") hereby files this Status Report in connection with the Sale Motion (Doc 279). On December 18, 2024, the Court held a hearing on the Sale Motion, which hearing was treated as a status conference on the Sale Motion. At that hearing, the Sale Motion was continued to Feburary 26, 2025, and the Debtor was ordered to file with the Court on Jaunary 29, 2025, a status report discussing whether the Debtor anticipated a hearing on the Sale Motion to go forward on February 26, 2025. At this

time, the Debtor is evaluating all of its options with respect to the Sale Motion, but at this time does not anticipate that it will request entry of an order approving the Sale Motion on February 26, 2025. To the extent the Debtor intends to proceed with a substantive hearing on the Sale Motion, the Debtor will file another status report with the Court updating the status of the Sale Motion. The Debtor reserves all rights.

Dated: January 29, 2025

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: */s/ Krikor J. Meshefejian*
    Ron Bender
    Beth Ann R. Young
    Krikor J. Meshefejian
    Attorneys for Chapter 11 Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **STATUS REPORT REGARDING SALE MOTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 29, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**     saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Ron Bender**     rb@lnbyg.com
- **Kevin M Capuzzi**     kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Marie E Christiansen**     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Ryan J DeRose**     ryan@parkandlim.com, cathy@parkandlim.com
- **Krista M Enns**     KEnns@beneschlaw.com, docket2@beneschlaw.com;SWolfish@beneschlaw.com;BGallese@beneschlaw.com;ESmith@beneschlaw.com
- **Alan Craig Hochheiser**     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Elsa M Horowitz**     ehorowitz@wrslawyers.com, jlee@wrslawyers.com
- **Christian T Kim**     ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Ron Maroko**     ron.maroko@usdoj.gov
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Krikor J Meshefejian**     kjm@lnbyg.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Gerrick Warrington**     gwarrington@frandzel.com, achase@frandzel.com
- **Beth Ann R. Young**     bry@lnbyg.com, bry@lnbyb.com

**2**.  **SERVED BY UNITED STATES MAIL**:  On  **January 29, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 29, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service **BY EMAIL** information continued on attached page*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2025 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

MML

AGTJ13, LLC
AGTJ13 Manager, LLC
32932 Pacific Coast Highway
Suite 14 #441
Dana Point, CA 92629

AGTJ13, LLC
450 South Western Avenue
Los Angeles, CA 90020

Ron Maroko
Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

<u>Attorneys for AmTrust North America, Inc.
on behalf of Wesco Insurance Company</u>
MAURICE WUTSCHER LLP **RSN**
Alan C. Hochheiser
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122

Kalo Avrio, LLC
3435 Wilshire Blvd.
Suite 1075
Los Angeles CA 90010

Acosta Power Sweeping Services, Inc
2134 Berkshire Cir.
Corona, CA 92879

Amtrust North America
PO Box 6939
Cleveland, OH 44101

Antonia Stabile, Esq, Benesch,
Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111

Athens Service
P.O. Box 60009
City of Industry, CA 91716

City of Los Angeles
City Clerk's Office/Tax & Permit
111 N. Hope St., #258
Los Angeles, CA 90012

CPIF California, LLC
Robert Shields
1910 Fairview Avenue East
Suite 200
Seattle, WA 98102

F&G Global, LLC
112 White Plume
Irvine, CA 92618

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Jake Sharp Capital
Jake Sharp Group
Lafayette Jackson Sharp, IV
32932 Pacific Coast Highway 14 #441
Dana Point, CA 92629

Internal Revenue Service
IRS Insolvency Group 7
24000 Avila Road 3rd Floor, M/S
Laguna Niguel CA 92677

JU MA Security
P.O. Box 743122
Los Angeles, CA 90004

Kevin M. Capuzzi, Esq., Benesch,
Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 120
Wilmington, DE 19801

Kreation Enterprise, Inc.
Attn: Joshua Park
450 S. Western Avenue
Los Angeles, CA 90020

L.A. Dept. of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808
Los Angeles, CA 90030

Lone Oak Fund, LLC
11611 San Vicente Blvd.
Suite 640
Los Angeles, CA 90049

Los Angeles County Treasurer & Tax
Collector
PO Box 54110
Los Angeles, CA 90054

M. Reas Bowman, Benesch,
Friedlander, Coplan & Aronoff LLP
71 SOuth Wacker Drive, Suite 1600
Chicago, IL 60606

Mitsubishi Electric US Americas
5900-A Katella Ave.
Cypress, CA 90630

Secured Properties Inc.
3435 Wilshire Blvd., Suite 2510
Los Angeles, CA 90010

Simon Aron, Esq., Wolf, Rifkin,
Shapiro, Schulman & Rabkin LLP
1140 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064

U.S. Securities and Exchange
Commission  Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Ms. Hui Pun Kim
Attn: Richard D. Hoffman
Law Offices of
RICHARD D. HOFFMAN
8383 Wilshire Boulevard, Suite 830
Beverly Hills, California 90211-2445

Daniel M. Shapiro/Kreation Enterprise
Corp.
1366 E. Palm Street
Altadena, CA 91001

Christian T. Kim
Dumas & Kim, APC
915 Wilshire Boulevard, Suite 1775
Los Angeles, CA 90017

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LOS ANGELES COUNTY
TREASURER AND TAX COLLECTOR
ATTN: BANKRUPTCY UNIT
PO BOX: 54110
LOS ANGELES, CA 90054-0110

Mitsubishi Electric US Americas
5900-A Katella Ave.
Cypress, CA 90630

Athens Services
Sheppard Mullin Richter Hampton
4 Embarcadero Center
San Francisco CA 94111

Gaju Market Corporation
Vedder Price P.C. Attn: David L. Kane
222 North LaSalle Street
Chicago, IL 60601

Hui Pun Kim
c/o Dumas & Kim, APC.,
915 Wilshire Blvd., Ste. 1775
Los Angeles, CA 90017